**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| NewAge, Inc., *et al.*,[1] | Chapter 11 |
| | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |
| NewAge, Inc., *et al.*, | |
| Plaintiff, | |
| vs. | |
| Frederick Cooper, Mark Wilson, Brent Willis, and KWIKClick, Inc. a Delaware corporation, | Adv. Proc. No. 22-50432 (LSS) |
| Defendants. | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE**
**IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 N. Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Anthony W. Clark, Esq.
> Dennis A. Meloro, Esq.
> Greenberg Traurig LLP
> 1007 North Orange Street, Suite 1200
> Wilmington, Delaware 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address    824 N. Market Street          Room    TBD
> 6th Floor, Courtroom 2
> Wilmington, DE 19801              Date and Time    TBD

---

[1] The last four (4) digits of each of the NewAges' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188). NewAge's address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
   **of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 15, 2022